Case 0:05-cv-60565-WJZ   Document 53   Entered on FLSD Docket 01/08/2009   Page 1 of 3

FILED by ___ D.C.
ELECTRONIC
January 8, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-60565-CIV-ZLOCH |
| ) | |
| JEAN-MARIE BOUCICAUT; ) | |
| MARIE THELEMARQUE; and ) | |
| TAX REVIEW CORPORATION, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| NORTHEAST GEORGIA HEALTH SYSTEM, ) | |
| ) | |
| Garnishee. ) | |

WRIT OF CONTINUING GARNISHMENT

To:   Northeast Georgia Health System
      Payroll Department
      743 Spring St.
      Gainesville, GA 30501

In connection with the collection of an unpaid civil judgment entered against Nerlande Thelemarque, also known as Marie Thelemarque, ("judgment debtor") in the above-captioned case, the United States has filed an Application for a Writ of Continuing Garnishment against the property of the judgment debtor that is in your custody, control, or possession. This property consists of any assets of the judgment debtor which are held in your custody, control, or possession, including but not limited to any money or income owed to her by you. Under the law, there is property which is exempt from this writ. Property that is exempt and not subject to this writ is listed on the attached Claim for Exemption form.

The law requires you to answer in writing and under oath within ten (10) days, whether or not you have in your custody, control, or possession any property owned by the judgment debtor, including nonexempt disposable earnings or income. Please state whether or not you anticipate paying the judgment debtor any future money and whether such payments are weekly, bi-weekly, or monthly.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the Clerk of the United States District Court for the Southern District of Florida at: United States Courthouse, 299 E. Broward Boulevard, Ft. Lauderdale, FL 33301. Additionally, the law requires you to serve copies of your answer upon the following: Nerlande Thelemarque at P.O. Box 399, Braselton, GA 30517 and Daniel Applegate, Trial Attorney, U.S. Department of Justice, P.O. Box 7238, Ben Franklin Station, Washington, D.C. 20044.

If you fail to answer this writ or withhold property in accordance with this writ, the United States may petition the Court for an order requiring you to appear before the court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the court may enter a judgment against you for the value of the judgment debtor's nonexempt property. It is unlawful to pay or deliver to the judgment debtor the property attached by this writ.

In accordance with 28 U.S.C. § 3205(c)(2)(F), you are required to withhold and retain any property in which the judgment debtor has a nonexempt interest and for which you are or may become indebted to the judgment debtor pending further order of the Court.

2

This writ of garnishment is continuing and may only terminate by:

- A. a court order quashing the writ of garnishment;
- B. exhaustion of property in the possession, custody, or control of the garnishee in which the debtor has a nonexempt interest (including nonexempt disposable earnings), unless the garnishee reinstates or reemploys the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or
- C. satisfaction of the debt with respect to which the writ is issued.

Dated this ____ day of __JAN - 8 2009__, 2009.

                                              _____
                                              Steven M. Larimore
                                              United States District Clerk
                                    BY:    _____
                                              Deputy United States District Clerk

3